IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                    DATE: September 24, 1999
                                          Civil 98-2363 (SEC)

CARMEN L. RODRIGUEZ ALCARAZ, et al.

v.

UNITED STATES OF AMERICA

Today's case management/settlement conference is reset for October 21, 1999 at 10:00 a.m. Minutes to be notified.



(2)

