IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: October 22, 1999 |
| | Civil 98-2363 (SEC) |
| | ATTORNEY |
| CARMEN L. RODRIGUEZ ALCARAZ, et al. | |
| v. | |
| UNITED STATES OF AMERICA | |

Due to Hurricane José the case management/settlement conference scheduled for October 21, 1999 was not held. The same is reset for November 3, 1999 at 2:00 p.m. Minutes to be notified.





