IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN L. RODRÍGUEZ ALCARAZ, et al.,

Plaintiffs

v.                                                                         CIVIL 98-2363 (SEC)

UNITED STATES OF AMERICA,

Defendant

CASE MANAGEMENT/SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiffs were represented by Gabriel I. Peñagarícano, Esq., defendant by Lilliam E. Mendoza Toro, Assistant United States Attorney.

Parties are conducting discovery within the court's case management order. Settlement has been discussed at length but the negotiations are not now conclusive. Parties do not consent.

In San Juan, Puerto Rico, this 3rd day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)