IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN L. RODRÍGUEZ ALCARAZ, et al.,

Plaintiffs

v.                                                                CIVIL 98-2363 (SEC)

UNITED STATES OF AMERICA,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Correct Report, 11-18-99. | 15 | Noted. |

In San Juan, Puerto Rico, this 10th day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)