IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN L. RODRIGUEZ-ALCARAZ,
et. al.

    Plaintiffs

v.

UNITED STATES OF AMERICA

    Defendant

Civil No. 98-2363(SEC)

**ORDER**

Pursuant to the Court's Case Management Order, **(Docket # 6)**, the Proposed Pre-Trial Conference Report was due on March 8, 2000. The Court hereby **GRANTS** the parties an extension of twenty (20) days **until April 7, 2000** to file it.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20 day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)