IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN L. RODRIGUEZ-ALCARAZ,
et. al.

    Plaintiffs

    v.

UNITED STATES OF AMERICA

    Defendant

Civil No. 98-2363(SEC)

## JUDGMENT

The parties in this case have reached a compromise and settlement agreement, (Docket #18). Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the above-captioned matter is hereby **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 30th day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)