IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN RODRIGUEZ-ALCARAZ et al
Plaintiffs

v.                                         Civil No. 98-2363(SEC)

UNITED STATES OF AMERICA
Defendant

## ORDER

**A Hearing on Judicial Authorization of Minors' Settlement Claims is set for August 21, 2000, at 11:00 AM.**

In order to assure fairness of all proceedings and effective representation of the minors' interests, Attorney Vivian Acosta, Special Prosecutor for Family Affairs, or her designated representative, is requested to attend said hearing on behalf of Manuel A. Colón-Rodríguez.

The Clerk of Court shall serve copy of this Order to the Special Prosecutor for Family Affairs at the following address:

> Vivian Acosta, Esq.
> Special Prosecutor for Family Affairs
> Commonwealth Department of Justice
> PO Box 192
> San Juan PR 00902-0192
> Tel: 785-0758

**SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of August, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge