UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN RODRIGUEZ-ALCARAZ, et. al.
    Plaintiffs
          v.                  Civil No. 98-2363(SEC)
UNITED STATES OF AMERICA, et. al.
    Defendants



**ORDER**

| MOTION | RULING |
|---|---|
| Docket #24<br>**Magistrate-Judge's Report and Recommendation on Minor's Settlement Claim** | After a review of the Magistrate-Judge's unopposed report and recommendation, the Court is convinced that the interests of the minor Manuel Colón-Rodríguez, were preserved by the parties when entering into a settlement agreement. Therefore the Magistrate's report is hereby **APPROVED AND ADOPTED.** |
| Docket #25<br>**Motion to Consign Check** | Noted. |
| Docket #26<br>**Application for Withdrawal of Funds** | Granted. |

DATE: September 28, 2000

                                            /SALVADOR E. CASELLAS
                                            United States District Judge