IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
06 JUN -8 AM 8 42

| | |
|---|---|
| CARMEN L. RODRIGUEZ ALCARAZ and ALEJANDRO COLON MORALES<br><br>MANUEL A. COLON RODRIGUEZ<br>Plaintiff<br><br>v.<br>USA<br><br>Defendant | 98-02²362(ESC)<br>98-2363 (SEC) |

## MOTION REQUESTING ORDER OF WITHDRAWAL OF FUNDS

**TO THE HONORABLE COURT;**

**COMES NOW,** Carmen L. Rodriguez Alcaraz and Alejandro Colon Morales, **pro se** and very respectfully state and pray;

1. Movants filed on behalf of their son Manuel A. Colon Rodriguez the present complaint.

2. That in the present case a stipulation was entered by and between the parties to the present complaint.

3. Pursuant to the stipulation the amount of $30,000.00 dollars was deposited with the Court to the benefit of Manuel A. Colon Rodriguez.

4. Manuel A. Colon Rodriguez passed away on July 31, 2004.

5. That attached hereto is a copy of the Resolution of the Court of the Commonwealth of Puerto Rico Carolina Section; declaring as sole heirs to Manuel A. Colon Rodriguez, his parents Carmen Lydia Rodriguez Alcaraz and Alejandro Colon Morales.

6. Attached hereto is also a copy of the exoneration obtained from the Department of Justice concerning inheritance taxes.

7. That movants very respectfully pray that this Honorable court authorizes the withdrawal of the funds consigned with this Court for the benefit of Manuel A. Colon Rodriguez's heirs.

8. That it is also requested that movants be exempt of the requirement of translating the attached documents, in as much as it would entail an extraordinary expense, which further reduce the available funds.

**WHEREFORE.** Movants very respectfully prays to this Honorable Court that the present motion pro se be entertained by this Honorable Court and that an order be entered authorizing the withdrawal of the funds consigned with the Court and for any other and further relief as it may seem just and proper.

In San Juan Puerto Rico, this 8th day of June 2006.

Carmen L. Rodriguez Alcaraz

Alejandro Colon Morales
Pro se

22nd Street Q-12
Urb. Metropolis
Carolina, Puerto Rico  00987

Tel: 787-761-0939
Cel: 787-923-6859